Submitted April 19, affirmed May 18, 2022

CRESENCIO GARCIA-ROCIO,
*Petitioner-Appellant,*

*v.*

Sue WASHBURN,
Superintendent,
Eastern Oregon Correctional Institution,
*Defendant-Respondent.*

Umatilla County Circuit Court
18CV58898; A175452

510 P3d 292

J. Burdette Pratt, Senior Judge.

Jedediah Peterson and O'Connor Weber LLC filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Rebecca M. Auten, Assistant Attorney General, filed the brief for respondent.

Before Shorr, Presiding Judge, and Powers, Judge, and Mooney, Judge.

PER CURIAM

Affirmed. *Smith v. Kelly*, 318 Or App 567, 508 P3d 77 (2022).